United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEDRO ANTONIO RODRIGUEZ BORREGALES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05623 |
| | § | |
| GRANT DICKEY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Response and Motion to Dismiss Without Prejudice Under Rule 41(a)(2) (the "Motion"). Doc. #6. After considering the Motion and the record, the Court GRANTS the Motion (Doc. #6) and all claims and causes of action in this litigation are DISMISSED WITHOUT PREJUDICE. All pending motions are denied as moot.

The Clerk of Court is DIRECTED to close this case.

It is so ORDERED.

AUG 24 2026

Date

The Honorable Alfred H. Bennett
United States District Judge